THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DODGE DATA & ANALYTICS LLC :  Case No. 1:15-cv-00698
: Judge: Timothy S. Black
v. : Corporate Disclosure Statement
:
iSqFt, INC., ET AL. :
:

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

    In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

iSqFt, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   \_\_\_ YES   ✓ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

_____
_____

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   \_\_\_ YES   ✓ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

_____
_____
_____

/s/ Mark C. Bissinger                    January 5, 2016
Signature of Counsel                       Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2016, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Russell S. Sayre | Stuart I. Friedman |
| Mark T. Hayden | Paul S. Grossman |
| Aaron M. Herzig | Johnathan D. Daugherty |
| TAFT STETTINIUS & HOLLISTER LLP | FRIEDMAN & WITTENSTEIN |
| 425 Walnut Street, Suite 1800 | 600 Lexington Avenue |
| Cincinnati, Ohio 45202-3957 | New York, New York 1002 |
| Telephone: (513)381-2838 | Telephone: (212) 750-8700 |
| Email: sayre@taftlaw.com | Email: sfriedman@friedmanwittenstein.com |
| mhayden@taftlaw.com | pgrossman@friedmanwittenstein.com |
| aherzig@taftlaw.com | jdaugherty@friedmanwittenstein.com |

Dated: January 5, 2016

By: /s/ Mark C. Bissinger
An attorney for Defendants iSqFt, Inc., Construction Market Data Group, LLC, Construction Data Corporation, LLC, and BidClerk, Inc.