**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DODGE DATA & ANALYTICS LLC,** | : | Case No. 1:15-cv-00698 |
| | : | |
| **Plaintiff,** | : | |
| | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| **vs.** | : | |
| | : | **UNOPPOSED MOTION FOR** |
| **iSqFt, INC., *et al.*,** | : | **EXTENSION OF TIME TO FILE** |
| | : | **REPLY MEMORANDUM IN** |
| **Defendants.** | : | **SUPPORT OF MOTION TO DISMISS** |

Pursuant to Loc. R. 6.1(a) and (b), Plaintiff Dodge Data & Analytics LLC ("Dodge Data") moves this Court for a three-day extension of time, up to and including September 9, 2016, within which to file its reply memorandum in support of its motion to dismiss (Doc. No. 43) the counterclaim of Defendants iSqFt, Inc., Construction Market Data Group, LLC, Construction Data Corporation, LLC, and BidClerk, Inc.  (Doc. No. 35).  This request is not made for purposes of undue delay and Defendants have consented to the extension.  Dodge Data has moved two times previously for an extension of time (Doc Nos. 27 and 31).

A proposed order is attached as Exhibit A in accordance with Loc. R. 7.3.

Respectfully submitted,

/s/ Russell S. Sayre
Russell S. Sayre  (0047125)
Mark T. Hayden (0066162)
Aaron M. Herzig (0079371)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH  45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
sayre@taftlaw.com
mhayden@taftlaw.com
aherzig@taftlaw.com

Stuart I. Friedman (admitted *pro hac vice*)
Paul S. Grossman (admitted *pro hac vice*)
Jonathan D. Daugherty (admitted *pro hac vice*)
Friedman & Wittenstein, P.C.
600 Lexington Avenue
New York, NY 10022
Phone: (212) 750-8700
Fax: (212) 223-8391
sfriedman@friedmanwittenstein.com
jdaugherty@friedmanwittenstein.com
pgrossman@friedmanwittenstein.com

*Attorneys for Plaintiff*
*Dodge Data & Analytics LLC*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 24, 2016, the foregoing was filed via the Court's ECF system, which will electronically serve all counsel and parties listed on the electronic filing receipt.


<u>/s/ Russell S. Sayre</u>_____

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DODGE DATA & ANALYTICS LLC,** | : | |
| | : | Case No. 1:15-cv-00698 |
| **Plaintiff,** | : | |
| | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| **vs.** | : | |
| | : | **ORDER GRANTING UNOPPOSED** |
| **iSqFt, INC.,** *et al.*, | : | **MOTION FOR EXTENSION OF** |
| | : | **TIME TO FILE REPLY IN** |
| **Defendants.** | : | **SUPPORT OF  MOTION TO DISMISS** |

Upon consideration of the unopposed motion of Plaintiff Dodge Data & Analytics LLC

("Dodge Data") for an extension of time to file its reply memorandum in support of its motion to

dismiss the counterclaim of Defendants iSqFt, Inc., Construction Market Data Group, LLC,

Construction Data Corporation, LLC, and BidClerk, Inc. ("Defendants"):

IT IS HEREBY ORDERED that the motion is GRANTED.  Dodge Data shall have up to

and including September 9, 2016, within which to file its reply memorandum in support of its

motion to dismiss Defendants' counterclaim.

Dated this ___ day of _____, 2016

_____
UNITED STATES DISTRICT JUDGE

16981867.1