THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Dodge Data & Analytics LLC | Case No. 1:15-cv-00698-TSB |
| | Judge: Hon. Timothy S. Black |
| v. | Corporate Disclosure Statement |
| iSqFt, Inc., et al. | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

All Defendants                                                                 .

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

   ✓ YES      ___ NO

   If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:
   On October 31, 2016, all Defendants became subsidiaries of Roper Technologies, Inc.,
   a publicly traded company (NYSE: ROP).

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   ✓ YES      ___ NO

   If the answer is YES, list the identity of such corporation and the nature of the financial interest.
   See response to #1 above. In addition, funds managed by T. Rowe Price
   (NASDAQ: TROW) own more than 10% of the outstanding shares of Roper
   Technologies, Inc.

   /s/ Charles E. Elder                             November 4, 2016
   Signature of Counsel                             Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT**

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2016, I electronically filed the foregoing using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Russell S. Sayre<br>Aaron M. Herzig<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 Walnut Street, Suite 1800<br>Cincinnati, Ohio 45202-3957<br>Telephone: (513)381-2838<br>Email: sayre@taftlaw.com<br>　　　　aherzig@taftlaw.com | Stuart I. Friedman<br>Paul S. Grossman<br>Johnathan D. Daugherty<br>FRIEDMAN & WITTENSTEIN<br>599 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 750-8700<br>Email: sfriedman@friedmanwittenstein.com<br>　　　　pgrossman@friedmanwittenstein.com<br>　　　　jdaugherty@friedmanwittenstein.com |

Dated: November 4, 2016

By:   /s/ Thomas M. Connor
       Thomas M. Connor

*An attorney for Defendants iSqFt, Inc., Construction Market Data Group, LLC, Construction Data Corporation, LLC, and BidClerk, Inc.*